■ WILLIAM T. BELL & ASSOCIATES, L. L. P., Respondent, v PYRAMID BROKERAGE COMPANY, INC., Appellant. (Appeal No. 1.) [722 NYS2d 208] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988;

*Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Wisner, J. P., Scudder, Kehoe and Burns, JJ.